# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>5087 W. Centerline Road, St. Johns, Clinton County, Michigan, its outbuildings, and curtilage; vehicles registered to Nathanael WILSON on the curtilage; WILSON's person; and cellular/mobile telephones/devices owned by or associated with WILSON | Case No. 1:24-mj-184-PJG |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the **Western** District of **Michigan**, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |
| 21:841(a)(1) | Distribution or Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
SEE ATTACHED CONTINUATION

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua White, Special Agent ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** *(specify reliable electronic means)*.

Date: **May 10, 2024**

*Judge's signature*

City and state: Grand Rapids, Michigan        Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*