## ATTACHMENT A

### Property to be Searched

This warrant authorizes a search of 5087 W Centerline Road, St. Johns, Clinton County, Michigan, its outbuildings, and curtilage; any vehicles registered to WILSON on the curtilage; the person of Nathanael WILSON; and cellular or mobile telephones or devices owned by or associated with Nathanael WILSON.

The Target Residence is a single-family dwelling with the numerals 5087 affixed to the mailbox. The Target Residence is a structure, pictured in the photograph below with a red arrow pointing toward it:

