AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:24-mj-184 | 5/16/24  0600 | Nathaneal Wilson |

Inventory made in the presence of:
Acting RAC Braudori

Inventory of the property taken and name(s) of any person(s) seized:

1 Revolver
Ammunition
1 Cellphone
Suspected Narcotics
Spent Casings

JL  JL
JL

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-17-24

*Executing officer's signature*

SA Joshua White
*Printed name and title*